**WHITNEY BOISE, OSB No. 851570**
Email: whitney@boisehuseby.com
**CONOR HUSEBY, OSB No. 063737**
Email: conor@boisehuseby.com
BOISE HUSEBY LLP
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Fax: (503) 227-5984

Attorneys for Defendant Jason David Campos

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JASON DAVID CAMPOS,**<br><br>**Defendant.** | **Case No.: 3:25-cr-00131-IM**<br><br>**PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER** |

The defendant represents to the court:

1. My name is Jason David Campos. I am 44 years old. I have gone to school through graduating from college.

2. My attorneys are Whitney Boise and Conor Huseby.

3. My attorneys and I have discussed my case fully. I have received a copy of the Indictment. I have reviewed the Indictment and I have discussed it with my attorneys. My attorneys have counseled and advised me concerning the nature of each charge, any lesser-included offenses, and the possible defenses that I might have in this case. I have been advised and understand that the elements of the charges alleged against me to which I am pleading "GUILTY" are as follows: As to Count 1, that with the intent to harass or intimidate, I used the internet to engage in a course of conduct that caused AV1 substantial emotional distress, and as to Count 3, that I knowingly possessed and used without lawful authority a means of identification of another person during and in relation to the felony crime of wire fraud. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorneys.

4. I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offenses to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

5. I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability affecting my thinking or my ability to reason. I have not taken any drugs or medications within the past seven (7) days other than prescribed trazadone for sleep.



**BOISE HUSEBY LLP**
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

6. I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences include deportation, or removal from the United States, or denial of naturalization, if I am not a United States citizen; loss of eligibility to receive federal benefits; loss of certain civil rights (which may be temporary or permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to possess a firearm; and loss of the privilege to engage in certain occupations licensed by the state or federal government.

7. I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

The right to have the assistance of an attorney at all stages of the proceedings;

The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses in my favor;

The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

The right not to be compelled to incriminate myself.



**BOISE HUSEBY LLP**
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

8. I know that if I plead "GUILTY" there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

9. In this case I am pleading "GUILTY" under Rule 11(c)(1)(B). My attorneys have explained the effect of my plea under Rule 11(c)(1)(B) to be as follows: The government and my attorneys will make a joint sentencing recommendation to the Court. The Court is not bound by the recommendation of the parties, and if I receive a sentence that is different than what I expected, I may not withdraw my guilty plea.

10. I know the maximum sentence which can be imposed upon me for the crimes to which I am pleading guilty is: five years imprisonment and a fine of $250,000 in Count 1, and 24 months imprisonment and a fine of $250,000 in Count 3. I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of $100 per count of conviction.

11. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned for up to one year.

12. My attorneys have discussed with me sentencing under federal law. I know that the judge will consider sentencing factors under 18 U.S.C. § 3553(a) in determining a proper sentence, including; the nature and circumstances of the offense and my history and characteristics; the need for the sentence to reflect the seriousness of the offense, promote



**BOISE HUSEBY LLP**
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

respect for the law, provide just punishment, afford adequate deterrence to criminal conduct, protect the public from further crime by me, and provide me with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; the kinds of sentences available; the advisory United States Sentencing Guidelines and policy statements; the need to avoid unwarranted sentencing disparities among defendants; and, the need to provide restitution to any victims. I know that the judge may not impose a sentence greater than the maximum sentence referred to in paragraph (10) above.

13. I know from discussion with my attorneys that if I am sentenced to prison I am not entitled to parole. I will have to serve the full sentence imposed except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served. Credit for good behavior does not apply to a sentence of one year or less.

14. I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence. During my supervised release term I will be supervised by a probation officer according to terms and conditions set by the judge. In my case, a term of supervised release can be up to three years. If I violate the conditions of supervised release, I may be sent to prison for up to two years.



**BOISE HUSEBY LLP**
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

15. On any fine or restitution in an amount of $2,500 or more, I know that I will be required to pay interest unless that fine or restitution is paid within fifteen (15) days from the date of the entry of judgment or unless the Court waives interest.

16. If I am on probation, parole, or supervised release in any other state or federal case, I know that by pleading guilty in this court my probation, parole or supervised release may be revoked and I may be required to serve time in that case, which may be consecutive, that is, in addition to any sentence imposed on me in this court.

17. If I have another case pending in any state or federal court, I know that my Petition and Plea Agreement in this case do not, in the absence of an express and written agreement, apply to my other cases, and that I can be faced with consecutive sentences of imprisonment.

18. My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor.

19. My plea of "GUILTY" is not the result of force, threat, or intimidation.

20. I request that the judge accept my plea of "GUILTY" to the following counts: Count 1 of the Indictment—Stalking in violation of 18 U.S.C. § 2261A(2)(B) and Count 3—Aggravated Identify Theft in violation of 18 U.S.C. § 1028A(1).

21. I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the



**BOISE HUSEBY LLP**
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

charges to which I am pleading guilty, I represent that I did the following acts and that the following facts are true:

With at least part of my intent being to harass AV1, I engaged in a course of conduct using the internet in which I published intimate photographs of AV1 on the internet without her consent, causing her substantial emotional distress. I also impersonated AV1 by using a means of identification (AV1's maiden name) to commit the crime of wire fraud by inducing a lawyer to provide me with a copy of confidential records about AV1.

22. I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Information, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

SIGNED by me in the presence of my attorneys, after reading all of the pages and paragraphs of this Petition on this 13th day October, 2026.

Jason David Campos
Defendant



**BOISE HUSEBY LLP**
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

## CERTIFICATE OF COUNSEL

The undersigned, as attorneys for Jason David Campos, hereby certify:

1. We have fully explained to the defendant the allegations contained in the Indictment or Information in this case, any lesser-included offense(s), and the possible defenses which may apply in this case.

2. We have personally examined the attached Petition to Enter Plea of Guilty And Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

3. We have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in paragraphs (6)-(20) of the Petition, and I have also explained to the defendant the applicable law regarding federal sentencing.

4. We recommend that the Court accept the defendant's plea of "GUILTY."

SIGNED by me in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition to Enter Plea of Guilty, and any Plea Agreement, on this 13th day of October, 2026.

Whitney Boise     Conor Huseby



**BOISE HUSEBY LLP**
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

**ORDER ENTERING PLEA**

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crimes to which the defendant has pled guilty.

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

DATED this 13th day of October, 2026, in open court.

The Honorable Karin J. Immergut
United States District Court Judge



**BOISE HUSEBY LLP**
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984